UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF KENTUCKY

AT OWENSBORO

ELAINE CHAO, Secretary of Labor,    )
United States Department of Labor,   )
                                     )
            Plaintiff                )        CASE NO. 4:04 CV 172M
                                     )
v.                                   )
                                     )
PEABODY COAL COMPANY                 )
                                     )
            Defendant                )

## MOTION FOR ENTRY OF CONSENT JUDGMENT

The parties, as evidenced by the signatures of counsel below, hereby move this Court for approval of the parties' disposition of this matter by means of entry of the proposed Consent Judgment, attached hereto. The parties' proposed disposition is as follows:

1.    The plaintiff agrees to recover of and from defendant, and the defendant agrees to pay to plaintiff, the sum of $42,127.20 in full satisfaction and discharge of all claims, demands, and causes of action that plaintiff has, or may have, against defendant in reference to the present action, to the date of entry of a Consent Judgment.

2.    The defendant agrees to make full payment of the sum referenced in paragraph (1), above, no later than thirty (30) days after the entry of the Court's Consent Judgment.

8.     Each party agrees to bear its own attorney's fees and costs, including any attorney's fees which may be available under the Equal Access to Justice Act, as amended.

Wherefore, the parties move the Court for approval and entry of the proposed Consent Judgment, made an attachment hereto.

Respectfully submitted,

HOWARD M. RADZELY
BPR #437957
Solicitor of Labor

STANLEY E. KEEN
BPR #410642
Regional Solicitor

THERESA BALL
BPR #002526
Associate Regional Solicitor

NEIL A. MORHOLT
BPR #018143
Attorneys for Secretary of Labor
Office of the Solicitor
618 Church Street, Suite 230
Nashville, TN 37219
(615)781-5330 ext 234 (phone)
(615)781-5321 (fax)
Morholt-Neil@dol.gov

MARK SOLOMONS
GEOFFREY J. GREEVES
Attorneys for Defendant
Greenberg Traurig, LLP
800 Connecticut Avenue, NW Suite 500
Washington, DC 20006
(202)331-3100 (phone)
(202)331-3101 (fax)

## CERTIFICATE OF SERVICE

On July 11, 2006, I electronically filed this document through the ECF system, which will send a notice of electronic filing to:

> Mark E. Solomons, Esquire
> Geoffrey J. Greeves, Esquire
> Greenberg Traurig, LLP
> Suite 500
> 800 Connecticut Avenue, N.W.
> Washington, DC 20006

_____
NEIL A. MORHOLT
Attorney